IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CR-375-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TERRACE CHARMA EDWARDS, | ) | |
| | ) | |
| Defendant. | ) | |

The trial in this case shall begin on Tuesday, June 26, 2012, at 10:00 a.m. at the United States Courthouse, 413 Middle Street, New Bern, North Carolina.

SO ORDERED. This 1 day of June 2012.

JAMES C. DEVER III
Chief United States District Judge